

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 891010
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   KATHRYN C. NEWMAN
3  Assistant United States Attorney
   333 Las Vegas Blvd., S., Fifth Floor
4  Las Vegas, Nevada  89101
   (702) 388-6336
5

2011 DEC 29  A 11: 33

6              UNITED STATES DISTRICT COURT

7                 DISTRICT OF NEVADA

8
   UNITED STATES OF AMERICA,              )  Case No. 2:10-cr-00091-PMP-RJJ
9                                         )
            Plaintiff,                    )  MOTION TO UNSEAL FOR LIMITED
10                                        )  PURPOSE AND TO LIMITED PARTIES
    v.                                    )
11                                        )  (Sealed)
    BARBARA JEAN DENNIS,                  )
12                                        )
            Defendant.                    )
13  _____)

14        The United States of America, by Daniel G. Bogden, United States Attorney, and Kathryn

15  C. Newman, Assistant United States Attorney, respectfully move to unseal the Indictment,

16  Superseding Indictment, and the arrest warrants for Barbara Jean Dennis for the limited purpose of

17  disclosing these documents to certain foreign and domestic law enforcement officials for the

18  limited purpose of extradition proceedings relating to Barbara Jean Dennis.  Except for being

19  permitted to use these documents for this limited purpose, the United States asks that these

20  documents otherwise remain sealed to minimize the chance that Barbara Jean Dennis will evade

21  prosecution or destroy evidence.

22

23

24

25

26

1    Under Rule 6(e)(4), Fed. R. Crim. P., the Court may direct the circumstances under which

2  an indictment be kept secret.  Further, the Court has the inherent power to grant this relief under

3  the All Writs Act, 28 U.S.C. § 1651.

4    Dated: December 29, 2011.

5            DANIEL G. BOGDEN
             United States Attorney
6

7

8            KATHRYN C. NEWMAN
             Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA JEAN DENNIS,<br><br>Defendant. | 2:10-cr-00191-PMP-RJJ<br><br>**SEALED ORDER** |

Based on the pending Sealed Motion to Unseal the Indictment, Superseding Indictment, and the arrest warrants for Barbara Jean Dennis,

IT IS THEREFORE ORDERED that the Indictment, Superseding Indictment, and the arrest warrants for Barbara Jean Dennis be unsealed  for the limited purpose of disclosing these documents to certain foreign and domestic law enforcement officials extradition proceedings relating to Barbara Jean Dennis.  Except for being permitted to use these documents for these limited purposes, these documents shall otherwise remain sealed.

DATED this 30th day of _____ December _____ , 2011.


GEORGE FOLEY, JR.
United States Magistrate Judge

3