# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) PLAINTIFF, ) | Case No. 2:10-cr-91-PMP-GWF |
| VS. ) | |
| ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
| ) DEFENDANT. ) | |

IT IS ORDERED that the above captioned case shall be unsealed.

DATED this 11th day of March, 2013.

*[signature]*

The Honorable Philip M. Pro
United States District Court Judge

3