# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
        Plaintiff,                                        )   Case No. 2:10-cr-00091-PMP-GWF
                                                              )
vs.                                                          )   **ORDER**
                                                              )
BARBARA JEAN DENNIS,                    )
        Defendant.                                   )
_____)

This matter comes before the Court on Defendant's Motion to Attend Hearing by Telephone (#27), filed on August 28, 2013. The Government filed a Notice of Non-Opposition (#28) on August 28, 2013. Defendant seeks attendance of "[this case's] hearing by telephone, due to circumstances that prohibit [her] from attending in person." There are no hearings currently scheduled in this matter. Therefore, the Court construes Defendant's motion as seeking permission to telephonically attend any hearings that may be scheduled in the future. The Court will deny this request, but will address any future timely motions for telephonic appearance in the event a hearing is scheduled. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Attend Hearing by Telephone (#27) is **denied** without prejudice.

DATED this 4th day of September, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge