UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARBARA JEAN DENNIS, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:10-CR-00091-PMP-GWF <br><br> <u>ORDER</u> |

Presently before the Court is Defendant Barbara Jean Dennis's Motion to Vacate Order on Motion to Withdraw as Attorney (Doc. #35), Motion for Hearing Regarding Motion to Vacate Order on Motion to Withdraw as Attorney (Doc. #36), and Motion to Attend Hearing by Telephone (Doc. #37), all filed on October 2, 2013.

The Court having read and considered Defendant's Motions, and good cause appearing, IT IS ORDERED that Defendant's Motion to Vacate Order on Motion to Withdraw as Attorney (Doc. #35), Motion for Hearing Regarding Motion to Vacate Order on Motion to Withdraw as Attorney (Doc. #36), and Motion to Attend Hearing by Telephone (Doc. #37) are hereby DENIED.

DATED: October 21, 2013

_____
PHILIP M. PRO
United States District Judge