# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00091-PMP-GWF |
| vs. ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
| Defendant. ) | |

This matter comes before the Court on Defendant's Motion to Appoint Counsel (#40), filed on November 21, 2013. No Opposition was filed in this matter.

As the Court understands, Defendant was indicted on March 3, 2010, however, Defendant is challenging extradition from Canada and has not yet appeared in this Court. Extradition proceedings are not considered criminal proceedings that carry the sixth amendment guarantee of assistance of counsel. *See Chewning v. Rogerson*, 29 F.3d 418, 422 (8th Cir. 1994). Therefore, the Court will deny Defendant's request without prejudice at this time, but will address any future motions for counsel upon Defendant's appearance in the United States District Court for the District of Nevada. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Appoint Counsel (#40) is **denied** without prejudice.

DATED this 17th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge