# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. | ) | **ORDER** |
| BARBARA JEAN DENNIS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States of America's Motion to Strike (#65), filed on June 26, 2015.

The United States requests that the Court strike Defendant's Motion to Compel Discovery and Inspection FRCP 16(a) (#62), Defendant's Motion to Correct the Court Record (#63), and Defendant's Motion for Pre-Trial Release (#64) as improperly filed. Defendant filed Motions #62, #63, and #64 *pro-se*. The Defendant is represented by counsel. Defendant is prohibited from filing *pro-se* motions while represented by counsel by Local Rule IA 10-6. Accordingly,

**IT IS HEREBY ORDERED** that the United States of America's Motion to Strike (#65) is **granted**, and Motions #62, #63 and #64 are stricken.

**DATED** this 30th day of June, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge