# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-cr-00091-KJD-GWF |
| vs. | **ORDER** |
| BARBARA JEAN DENNIS, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Funds to Hire an Assistant (#61), filed on June 25, 2015.

Defendant filed Motion #61 *pro-se*. The Defendant is represented by counsel. Defendant is prohibited from filing *pro-se* motions while represented by counsel by Local Rule IA 10-6. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Funds to Hire an Assistant (#61) is **stricken**.

**DATED** this 3rd day of August, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge