# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>BARBARA JEAN DENNIS,<br><br>   Defendant. | 2:10-CR-00091-KJD-GWF<br>**ORDER** |

  Before the court is Defendant's Motion to Reconsider Detention Order (#75).

  IT IS HEREBY ORDERED that any opposition to Defendant's Motion to Reconsider Detention Order (#75) must be filed on or before August 17, 2015 and any reply in support of Defendant's Motion to Reconsider Detention must be filed by August 24, 2015.

  IT IS FURTHER ORDERED that a hearing on Defendant's Motion to Reconsider Detention Order (#75) is scheduled for 3:00 p.m., August 25, 2015, in courtroom 3D.

  DATED this 5th day of August, 2015.

                _____
                CAM FERENBACH
                UNITED STATES MAGISTRATE JUDGE