# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BARBARA JEAN DENNIS,<br><br>　　　　　Defendant. | 2:10-CR-00091-KJD-GWF<br>**<u>ORDER</u>** |

　　　Defendant has filed her Motion to Withdraw Motion to Reconsider Detention Order.  (#77).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Reconsider Detention Order (#75) scheduled for 3:00 p.m., August 25, 2015 is VACATED.

　　　DATED this 12th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE