# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-00091-KJD-GWF |
| vs. | **ORDER** |
| BARBARA JEAN DENNIS, | |
| Defendant. | |

Before the Court is Defendant's Motion to Strike Motion for Magistrate Judge to Reconsider Magistrate Judge's Order. (#80).

**A. Background**

Defendant made his initial appearance/arraignment and plea on April 3, 2015, the Federal Public Defender, was appointed as counsel of record. (#42). Defendant was remanded to custody. Jury trial is currently scheduled for December 14, 2015. (#74). To date the FPD has not withdrawn as counsel of record. Defendant filed the Motion to Strike Motion for Magistrate Judge to Reconsider Magistrate Judge's Order (#80) on her own behalf. She is seeking to strike the Motion to Reconsider Detention Order (#75). *Id.* On August 11, 2015, counsel for Defendant Dennis withdrew the Motion to Reconsider Detention Order. (#77).

**B. Discussion**

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." As Paul Riddle, Esq. from the Federal

Public Defender is defendant's counsel of record (#54) and has not filed a motion to withdraw as counsel, defendant may not file motions on her own behalf. *See* Local Rule IA 10-6(a). The motion filed by Defendant as stated above is deemed improper and stricken.

Accordingly,

IT IS ORDERED that Defendant's Motion to Strike Motion for Magistrate Judge to Reconsider Magistrate Judge's Order (#80) is hereby STRICKEN.

DATED this 8th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE