**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
| Defendant. ) | |

On September 11, 2015, this Court granted Defendant's Notice of Dismissal of Counsel and ordered that CJA counsel be present for the Faretta Hearing.

Accordingly, **IT IS HEREBY ORDERED** that Paola Armeni is APPOINTED as standby counsel for Barbara Jean Dennis in place of The Federal Public Defender for all future proceedings.

The Federal Public Defender's office shall forward the file to Ms. Armeni forthwith.

DATED this 18th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge