**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. | ) | **ORDER** |
| BARBARA JEAN DENNIS, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Barbara Dennis' request for an Order detailing her status as a *pro-se* defendant (#94), filed on September 25, 2015.

The Court hereby confirms that Defendant Barbara Dennis became a *pro-se* defendant on September 17, 2015 and is representing herself in this case since that date.

**DATED** this 2nd day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge