# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion for Extension of Time to File Pretrial Motions (#103), filed on October 16, 2015.

Defendant requests that the deadline to file pretrial motions be extended to December 14, 2015. Defendant represents that the Government has no objections to the continuance. Trial in this matter begins December 14, 2015. In order to give the Court adequate time to rule on any pretrial motions, the following schedule will apply:

A. Pretrial motions must be filed by **November 3, 2015**.

B. Responses must be filed by **November 17, 2015**.

C. Reply briefs must be filed by **November 24, 2015**.

**IT IS SO ORDERED.**

**DATED** this 20th day of October, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge