# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATS OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BARBARA JEAN DENNIS,<br><br>        Defendant. | 2:10-cr-00091-KJD-GWF<br>**ORDER** |

Before the court is Defendant Barbara Jean Dennis's Motion to Re-open Pretrial Detention Hearing and for Reconsideration of Detention Order – Expedited Hearing Requested (#96, #97 and #98). The Government has filed a response (#101).

Upon review of the motion and response, considering the facts proffered therein, for the reasons stated during the initial detention hearing (#51) and in the resulting Order of Detention (#55),

IT IS HEREBY ORDERED that Defendant's Motion for Reconsideration of Detention Order is GRANTED;

IT IS FURTHER ORDERED that Defendant's Motion to Reopen Pretrial Detention Hearing (#96) and Motion for Expedited Hearing (#98) are DENIED.

IT IS FURTHER ORDERED that the Order of Detention (#55) entered in this case remains in full force and effect.

DATED this 22nd day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE