1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cr-00091-KJD-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BARBARA JEAN DENNIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Defendant's Request for Funds (#111), filed on October 21, 2015.

The Court has confirmed with the CJA coordinator that all requests set forth in this motion have been approved. This approval has been communicated to Defendant's standby counsel, and Defendant is instructed to confer with her on how to access the funds. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Funds (#111) is **granted**.

**DATED** this 23rd day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge