# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BARBARA JEAN DENNIS,

    Defendant.

Case No. 2:10-cr-00091-KJD-GWF

**ORDER**

On September 11, 2015, this Court granted Defendant's Notice of Dismissal of Counsel (doc. 79) and ordered that CJA counsel be present for the Faretta Hearing set for September 17, 2015 (doc. 87).

Accordingly, IT IS HEREBY ORDERED that PAOLA M. ARMENI, ESQ. is appointed as standby counsel for Barbara Jean Dennis in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Ms. Amerni forthwith.

DATED this 3rd day of November, 2015.
Nunc Pro Tunc: September 11, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge