# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                   Plaintiff,              )<br>                                        )<br>vs.                                     )<br>                                        )<br>BARBARA JEAN DENNIS,                    )<br>                   Defendant.           )<br>_____ ) | Case No. 2:10-cr-00091-KJD-GWF<br><br>**REPORT AND**<br>**RECOMMENDATION** |

This matter is before the Court on Defendant's Motion to Suppress (#106), filed on October 19, 2015.

Defendant moves to suppress evidence not provided to her by the Government. She argues that she has been prejudiced by the Government's failure to disclose recordings for her inspection before trial. The Government argues that the recordings have since been provided, and that the issue is therefore moot. The Government further represents that the parties have met and conferred on this issue, and would seek to resolve all disputes without the assistance of the Court. The Court finds that the instant motion is moot because the evidence has been disclosed in advance of trial. Accordingly,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress (#106) be **denied**.

**DATED** this 16th day of November, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge