**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-cr-00091-KJD-GWF |
| vs. | **ORDER** |
| BARBARA JEAN DENNIS, | **Motion to Compel NSDC Appoint Single Point of Contact - #122** |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Compel NSDC to Appoint a Single Point of Contact to Facilitate Her Access to the Courts and Insure Her Court Deadlines are Met (#122), filed on November 3, 2015.

Defendant's motion is based on her concern that legal mail that is sent to her, or legal mail that she wishes to serve on Government's counsel and/or file with the court is not being timely processed by the Detention Center. As a result, Defendant states that she does not have adequate and reasonable time to review documents sent to her and to file responses or replies to motions, which could result in their denial on that basis.

The Court will not grant Defendant's request for an order requiring the Detention Center to designate a specific individual(s) to handle Defendant's incoming or outgoing mail. Defendant, however, is representing herself in this criminal prosecution which is currently set for trial on December 14, 2015. While cognizant of the Detention Center's obligation to handle the mail needs of numerous other pretrial detainees, Defendant's need to promptly receive legal mail directed to her and to be able to promptly serve and file legal documents as she prepares for jury trial takes some precedence. Accordingly.

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel NSDC to Appoint a Single Point of Contact to Facilitate Her Access to the Courts and Insure Her Court Deadlines are Met (#122) is **granted, in part**, as follows: the Detention Center is to take all reasonable steps to expedite the handling of Defendant's legal mail to ensure that it is promptly received or sent as Defendant prepares for trial in this case. A copy of this order shall be provided to Deputy Marshal Carpenter to deliver to the appropriate Detention Center officers or employees responsible for processing Defendant's legal mail.

DATED this 18th day of November, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge