# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Request for Clarification in Reference to the Preservation of Evidence by the Government at the Hearing on November 18, 2015 (Dkt. #147), filed on November 30, 2015. Upon review and consideration, the Court finds that there is no need for clarification of this matter. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Clarification in Reference to the Preservation of Evidence by the Government at the Hearing on November 18, 2015 (Dkt. #147) is **denied**.

DATED this 3rd day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge