# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
  )
      Plaintiff,  )    Case No. 2:10-cr-00091-KJD-GWF
  )
vs.  )    **ORDER**
  )
BARBARA JEAN DENNIS,  )
  )
      Defendant.  )
_____)

    This matter is before the Court on Defendant's Ex Parte Motion for Subpoenas (#165), filed on December 14, 2015.  Upon review and consideration,

    **IT IS HEREBY ORDERED** that Defendant's Ex Parte Motion for Subpoenas (#165) is **denied** without prejudice.  Defendant may re-file her motion ex parte attaching thereto the proposed subpoenas she wishes to issue.

    DATED this 17th day of December, 2015.

                                                                    GEORGE FOLEY, JR.
                                                                   United States Magistrate Judge