UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                   Plaintiff,                      )<br>                                                              )<br>vs.                                                          )<br>                                                              )<br>BARBARA JEAN DENNIS,                 )<br>                                                              )<br>                   Defendant.                   )<br>_____) | Case No. 2:10-cr-00091-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Letter (#172), filed on December 21, 2015, which requests the Clerk of Court to provide Defendant with a copy of her Financial Affidavit (#44). Upon review and consideration,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall provide Defendant with a copy of Defendant's Financial Affidavit (#44), filed on April 3, 2015.

**IT IS FURTHER ORDERED** that Defendant's Financial Affidavit (#44) shall otherwise remain under seal pending the Court's determination of Plaintiff's Motion to Unseal Defendant's Financial Affidavit (#166), filed on December 16, 2015.

DATED this 23rd day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge