UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>BARBARA JEAN DENNIS,<br><br>           Defendant. | Case No. 2:10-cr-00091-KJD-GWF<br><br>**ORDER**<br><br>**Notice of Foreign Law Determination (#141)** |

This matter is before the Court on Defendant's Notice of Foreign Law Determination FRCP 26.1 and Request for Subpoena Approval for Out of State Individuals for Trial (#141).

Plaintiff does not specify in her notice what issues of foreign law she intends to raise in this case. She moves the Court to approve the out of state subpoena requests for six individuals from Canada, five individuals from Texas, two individuals from South Carolina and one individual from Florida, but does not identify these individuals or explain how their testimony relates to the determination of the unspecified issues of foreign law. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Notice of Foreign Law Determination FRCP 26.1 and Request for Subpoena Approval for Out of State Individuals for Trial (#141) is **denied**.

DATED this 24th day of December 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge