**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BARBARA JEAN DENNIS, ) | **Motion (#157)** |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion for Leave to File Exhibit Documents Under Seal (#157). Defendants seeks leave to file under seal, for *in camera* review, documents which she alleges contain evidence showing the Government's witnesses presented false information to the grand jury.

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File Exhibit Documents Under Seal (#157) is **granted**. The documents submitted by Defendant for *in camera* review were received by Clerk of Court on November 30, 2015 and were forwarded to the Court's chambers. The Court has reviewed these documents in issuing its order on Defendant's Motion (#149). The Court directs the Clerk to file these documents under seal in the electronic docket so that they may be preserved as part of the record.

DATED this 24th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge