# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Hold the Federal Public Defenders' Office in Contempt (#164), filed on December 11, 2015.

Defendant has identified certain documents in possession of her former counsel, the Federal Public Defender, which have not been forwarded to her. Rather than hold the Federal Pubic Defender in contempt, or issue an order to show cause why it should not be held in contempt, the Court will order the Federal Public Defender to promptly provide the requested documents to Defendant or to provide her and the Court with an explanation regarding any requested documents it is unable to produce. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Hold the Federal Public Defenders' Office in Contempt (#164) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the Federal Public Defenders' Office, attention Paul Riddle, Esq.

DATED this 29th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge