# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARBARA JEAN DENNIS,

    Defendant.

Case No. 2:10-CR-00091-KJD-GWF

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#137) of Magistrate Judge George Foley entered November 16, 2015, recommending that Defendant's motion to suppress (#106) be denied. Defendant filed an objection to the Report and Recommendation on December 3, 2015.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#137) of the United States Magistrate Judge entered November 16, 2015, should be **ADOPTED** and **AFFIRMED**.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#137) entered November 16, 2015, are **ADOPTED** and **AFFIRMED**.

    DATED this 4th day of January 2016.

                                                Kent J. Dawson
                                              United States District Judge