# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:10-cr-00091-KJD-GWF |
| vs. | **ORDER** |
| BARBARA JEAN DENNIS, | [Defendant's motion to reconsider (#171).] |
| Defendant. | |

Before the court is Defendant Barbara Jean Dennis's Motion to Request this Court to Correct Judicial Errors in the Decision on Motions (#96, 97, 98) and to Renew the Motion for this Court's Consideration. (#171).  The court has reviewed motion #171 and all the related pleadings, including but not limited to the Motion to Re-Open Pretrial Detention Hearing and for Reconsideration of Detention Order (#s 96, 97, 98), Government's opposition (#101), Defendant's Reply (#119), and original Order denying the motion to reconsider (#112).

Upon review of the related pleadings and considering the points argued and exhibits attached to Defendant's reply (#112), the court finds no reason to reopen the detention hearing or to reconsider its Order of Detention (#55).

Accordingly,

IT IS HEREBY ORDERED that Defendant Barbara Jean Dennis's Motion to Request this Court to Correct Judicial Errors in the Decision on Motions (#96, 97, 98) and to Renew the Motion for this Court's Consideration (#171) is DENIED.

IT IS FURTHER ORDERED that the Order of Detention (#55) entered in this case remains in full force and effect.

DATED this 5th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE