# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | |
| )                                        Plaintiff,                    ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs.                                                           ) | **ORDER** |
| )                                                              )                                      BARBARA JEAN DENNIS,                    ) | |
| )                                        Defendant.                    ) | |
| _____ ) | |

     This matter is before the Court on Defendant's Ex Parte Motion to Protect Defendant's Legal Line from Government Subpoenas for Disclosure of Confidential Information (#185), filed on January 4, 2016.  Upon review and consideration,

     **IT IS HEREBY ORDERED** that Defendant's Ex Parte Motion to Protect Defendant's Legal Line from Government Subpoenas for Disclosure of Confidential Information (#185) is **denied** without prejudice.  Defendant should re-file her motion on a non ex parte basis so that the Government may be served and have time to respond to Defendant's arguments.

     DATED this 6th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge