# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:10-cr-00091-KJD-GWF |
| vs. | ) **ORDER** |
| BARBARA JEAN DENNIS, | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's Notice to the Court (#180), filed December 24, 2015. To date, the Government has not filed a response to this motion and the time for opposition has now expired.

Defendant requests that the Court issue an order compelling the Government to comply with the mailing requirements set forth by the Nevada Southern Detention Center ("NSDC"). NSDC requires that all incoming mail adhere to the following requirements: (1) the detainee name and ID number must be in the address; (2) the return address must be on the envelope, including the sender's full first and last name or agency name; and (3) all legal mail must be marked as such in order for it to be delivered within the time line for legal mail. Defendant asserts that she is unable to receive mail due to the Government's failure to comply with the second requirement listed above. The Court finds that the Government must comply with NSDC's requirements. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Notice to the Court (#180) is **granted**. The Government shall comply with all requirements set forth by NSDC.

DATED this 12th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge