# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,             )
                                      )
        Plaintiff,                  )   Case No. 2:10-cr-00091-KJD-GWF
                                      )
vs.                                   )   **ORDER**
                                      )
BARBARA JEAN DENNIS,                  )
                                      )
        Defendant.                  )
_____)

This matter is before the Court on the Government's Unopposed Motion to Continue Hearing Date (#199), filed on January 19, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Government's Unopposed Motion to Continue Hearing Date (#199) is **granted**.

**IT IS FURTHER ORDERED** that the motion hearing scheduled for January 25, 2016 at 9:30 a.m. is vacated.

**IT IS FURTHER ORDERED** that the hearing on the Government's Motion for Hearing on Discovery Issues (#150) and the Government's Motion to Unseal Defendant's Financial Affidavit (#166) is set for Thursday, **February 4, 2016 at 10:30 a.m.** in Courtroom 3A.

DATED this 20th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge