# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
        Plaintiff, ) Case No. 2:10-cr-00091-KJD-GWF
vs. ) **ORDER**
BARBARA JEAN DENNIS, )
        Defendant. )

This matter is before the Court on Defendant's Motion to Protect Legal Line (#195), filed on January 14, 2016. The Government filed its Response (#205) on January 28, 2016.

Defendant requests the Court order that Defendant's legal phone line not be subject to subpoenas by the Government or any of its cooperating agencies. *Motion* (#195). The Government opposes said request and asserts that the Nevada Southern Detention Center ("NDSC") must retain the right to review Defendant's calls for misuse or abuse. *Response* (#205). The Government further represents that it intends to treat all conversations between Defendant and paralegals or private investigators and her standby counsel, Paola Armeni, Esq., as protected by the attorney-client privilege. *Id.* Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Protect Legal Line (#195) is **denied**.

DATED this 10th day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge