# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:10-CR-00091-KJD-GWF |
| v. | **ORDER** |
| BARBARA JEAN DENNIS, | |
|     Defendant. | |

Presently before the Court is Defendant's Unopposed Motion for Release Pending Sentencing (#246). The Government filed a response in non-opposition (#252). Having read and considered the motion and having considered the factors in 18 U.S.C. § 3143 & 3145(c), the Court finds good cause to grant Defendant's motion for release.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Release Pending Sentencing (#246) is **granted**.

DATED this 26th day of February 2016.

_____
Kent J. Dawson
United States District Judge