**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| ) vs. ) | **ORDER** |
| ) BARBARA JEAN DENNIS, ) | |
| ) Defendant. ) | |

This matter is before the Court on Defendant's Letter to the Clerk of Court (#269) filed on March 7, 2016. Defendant requests the Clerk of the Court add an email address to the CM/ECF service list so that she may receive documents as soon as they are filed with the Court. Defendant also requests that she be sent a copy of all documents filed since February 17, 2016.

The Court will allow Defendant to add an email address to the CM/ECF service list and to file all future documents electronically only after Defendant has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's requests in her Letter to the Clerk of Court (#269) are **granted** as follows:

Defendant must comply with the following procedures in order to activate her CM/ECF account:

    a.    On or before **April 14, 2016**, Defendant must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Defendant is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

  c. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

  **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Defendant with a copy of all documents filed with the Court since February 17, 2016, except for documents filed by Defendant.

  DATED this 15th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge