**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>vs. )<br>BARBARA JEAN DENNIS, )<br>          Defendant. ) | Case No. 2:10-cr-00091-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Hold the Federal Bureau of Investigation (F.B.I.) in Contempt of Court (#234), filed on February 17, 2016. The Government filed its Response (#251) on February 25, 2016.

Defendant seeks to hold the F.B.I. in contempt for alleged discovery violations. However, Defendant entered a guilty plea on February 23, 2016, which vacated the trial in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Hold the Federal Bureau of Investigation in Contempt of Court (#234) is **denied** as **moot**.

DATED this 28th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge