# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                 Plaintiff,          ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs.                                                      ) | **ORDER** |
| BARBARA JEAN DENNIS,                     ) | |
|                 Defendant.        ) | |

This matter is before the Court on Defendant's Motion to Suppress Canadian Audio Recordings (#245), filed on February 23, 2016. The Government filed its Response (#250) on February 25, 2016.

Defendant seeks to suppress audio recordings of her while she was in Canada that are dated between July 2009 and May 2010. However, Defendant entered a guilty plea on February 23, 2016, which vacated the trial in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Canadian Audio Recordings (#245) is **denied** as **moot**.

DATED this 28th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge