# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA JEAN DENNIS,<br><br>Defendant. | )<br>)<br>)<br>) CASE No.: 2:10-cr-00091-KJD-GWF<br>)<br>)   ~~[PROPOSED]~~   ORDER<br>)<br>)<br>) |

Before this Court is the defendant's unopposed motion to continue the hearing currently scheduled for 2:30 p.m. Friday, May 13, 2016.  This request is made based on the fact that important evidence will not become available to the defendant and her stand by counsel for an additional two weeks.  Therefore, since the motion is unopposed and in the interest of justice,

IT IS SO ORDERED the defendant's motion for a continuance is hereby GRANTED.  The hearing scheduled on May 13, 2016 is hereby vacated.  This hearing will be rescheduled for the 7th day of June, 2016 at 3:30 p.m. in courtroom 3A.

DATED this 11th day of May, 2016.

_____
GEORGE FOLEY JR.
UNITED STATES MAGISTRATE JUDGE