# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA JEAN DENNIS,<br><br>Defendant. | )<br>)<br>)<br>) CASE No.: 2:10-cr-00091-KJD-GWF<br>)<br>)   [PROPOSED]   ORDER<br>)<br>)<br>) |

Before this Court is the defendant's unopposed motion to continue the sentencing hearing currently scheduled for 9:00 a.m. Tuesday, May 24, 2016.  This request is made based on the fact that important evidence will not become available to the defendant and her stand by counsel in time for the currently scheduled hearing.   Therefore, since the motion is unopposed and in the interest of justice,

IT IS SO ORDERED the defendant's motion for a 60 day continuance is hereby GRANTED. The hearing scheduled on May 24, 2016 is hereby vacated.  This hearing will be rescheduled for the 27th day of July, 2016 at 9:00 a.m. in courtroom 4A.

DATED this 12th  day of May, 2016.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE