UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Continue the Hearing (ECF No. 288), filed on June 3, 2016.  Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Hearing (ECF No. 288) is **granted**.

**IT IS FURTHER ORDERED** that the motion hearing is *RESCHEDULED* for **Wednesday, July 6, 2016 at 3:30 p.m.** in Las Vegas Courtroom 3A.

DATED this 6th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge