# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Continue the Hearing Set for July 11, 2016 (ECF No. 293), filed on July 8, 2016.  The Court has been informed that the Government intends on opposing the motion.  As such, the Court will hear oral argument on Defendant's motion prior to Defendant's Motion for Return of Evidence (ECF No. 244).  If the Court denies Defendant's motion, Defendant's Motion for Return of Evidence will proceed as scheduled.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Hearing Set for July 11, 2016 (ECF No. 293) is set for hearing on **Monday, July 11, 2016 at 3:30 p.m.** in Las Vegas Courtroom 3A.

DATED this 8th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge