# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-cr-00091-KJD-GWF |
| vs. | **ORDER** |
| BARBARA JEAN DENNIS, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Compel the F.B.I. to Correct the Misinformation in the Defendant's File (ECF No. 292), filed June 30, 2016. To date, the Government has not filed an opposition to this motion and the time for opposition has now expired.[1]

Defendant requests an order from the Court compelling the FBI to remove information in her file that relates to a third party who has no affiliation with this case. Apparently the information relates to a woman by the name of Barbara Anne Dennis who lives in California. Defendant asserts that if this information is not corrected, this woman could be tied to a felony for which she had no involvement in. The Court agrees. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel the F.B.I. to Correct the Misinformation in the Defendant's File (ECF No. 292) is **granted**.

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation is directed to remove any incorrect information from Defendant's file.

DATED this 21st day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] Defendant's motion implies that the Government agrees with her request by stating that "AUSA Ms. Newman also made this request to the F.B.I." *Motion* (ECF No. 292), pg. 1. However, the Government did not confirm nor deny this assertion.