# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:10-CR-00091-KJD-GWF |
| v. | **ORDER** |
| BARBARA JEAN DENNIS, | |
|     Defendant. | |

Presently before the Court is Defendant's Motion to Continue the Sentencing Hearing Set for Tuesday, July 27, 2016 at 9:00 a.m. (#299). The Government filed a response in partial opposition (#300) to which Defendant replied (#301).

Defendant's motion is predicated on three reasons. First, Defendant's stand-by counsel has a prior commitment and thus is not able to be present for Defendant's sentencing hearing currently scheduled for July 27, 2016. Second, Defendant indicates that she needs additional time to review requested information from the F.B.I. which Defendant received on July 15, 2016, the same morning she filed the instant Motion. According to Defendant, the information provided is "quite voluminous." Third, according to Defendant, her Pre-Sentence Investigation Report (PSR) contains misinformation forming the basis of a motion to compel (#292) which was pending at the time she filed the instant Motion, but has since been granted by the Magistrate (#302).

In her response to the Government's partial opposition, Defendant alleges that the F.B.I. illegally searched and seized documents from her storage unit. While the Magistrate denied

Defendant's motion (#244) on the same claim, he did so without prejudice, permitting her to file a motion including more than just "speculation" regarding the search and seizure (#288). Additionally, Defendant is not permitted to raise new arguments in a reply.  Further, the deadline to file a motion to suppress has passed. Therefore, the Court will not address these additional arguments.

The Government does not oppose Defendant's motion to continue in order to allow stand-by counsel to be present at sentencing.  However, the Government opposes any further continuance beyond what is necessary for that purpose.

Regarding the additional reasons set forth in the instant Motion, the Government permitted Defendant to review documents received from a third-party to put to rest her claim that the Government had conducted an illegal search and seizure.  The Government contends that Defendant requested copies of certain loan files unrelated to the charges against her in the indictment or to which she has pled. According to the Government, the documents provided to Defendant consist of only two pages.  The additional time requested to accommodate stand-by counsel is adequate time for Defendant to review the requested documents.

Regarding the alleged misinformation in Defendant's F.B.I. file, the Government contends that the information in question is a list of aliases in the draft version of Defendant's PSR. The Government provided a written response and objection to the PSR to Probation indicating which of the aliases it believed adequate evidence of use existed and which it had no independent record of her use.  In his order dated July 21, 2016, the Magistrate ordered the F.B.I. to remove any incorrect information from Defendant's file, thus rendering this argument moot.

As a result, Defendant has failed to make a showing warranting a continuance beyond what is required for stand-by counsel's presence at the sentencing hearing currently scheduled for July 27, 2016.

///

**IT IS THEREFORE ORDERED** that Defendant's Motion to Continue the Sentencing Hearing Set for Tuesday, July 27, 2016 at 9:00 a.m. (#299) is **GRANTED in part**, to allow adequate time for stand by counsel to be present and **DENIED in part**.

The hearing scheduled for July 27, 2016 at 9:00 a.m. is hereby vacated. This hearing is rescheduled for August 8, 2016 at 9:00 a.m. in Courtroom 4A.

**IT IS SO ORDERED.**

DATED this 22nd day of July 2016.

_____
Kent J. Dawson
United States District Judge