# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARBARA JEAN DENNIS,

    Defendant.

Case No. 2:10-CR-00091-KJD-GWF

**ORDER**

    Presently before the Court is Defendant's Emergency Motion to Continue the Sentencing Hearing Set for August 8, 2016 at 9:00 a.m. (#304).

    The Court has considered the present motion and finds support for a continuance in order for Defendant to meet with stand-by counsel prior to the hearing.

    **IT IS THEREFORE ORDERED** that Defendant's Emergency Motion to Continue the Sentencing Hearing Set for August 8, 2016 at 9:00 a.m. (#304) is **GRANTED**;

    **IT IS FURTHER ORDERED** that the hearing scheduled for August 8, 2016 is hereby vacated and rescheduled for August 9, 2016 at 10:00 a.m.

**IT IS SO ORDERED**.

    DATED this 26th day of July 2016.

Kent J. Dawson
United States District Judge