# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                         Plaintiff,         )<br>vs.                                                )<br>                                                     )<br>BARBARA JEAN DENNIS,            )<br>                         Defendant.     )<br>_____) | Case No. 2:10-cr-00091-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Ex Parte Motion for Subpoena (ECF No. 321), filed on August 12, 2016. Defendant filed this motion ex parte but failed to adequately explain why the ex parte designation is necessary and why the Government should not be afforded a copy of her motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Ex Parte Motion for Subpoena (ECF No. 321) is **denied** without prejudice.

DATED this 12th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge