# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|            Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
|            Defendant. ) | |

      This matter is before the Court on Defendant's *Ex Parte* Motion for Subpoena (ECF No. 343), filed on September 15, 2016.

      Defendant requests that the Court issue a subpoena *duces tecum* to the Federal Bureau of Investigation in order for her to obtain a copy of her case file, which she alleges still contains inaccurate information.  First, although Defendant asserts that this matter should be handled in an *ex parte* manner, the Court does not agree.  Since Defendant's subpoena request is directed to the government— the opposing party in this case— the Court does not find it appropriate to consider this motion on an *ex parte* basis.  Second, the Court finds Defendant's request to be untimely.  Defendant's sentencing is currently scheduled for September 20, 2016 and even assuming the Court found good cause to issue the subpoena, the information sought would likely not be produced prior to the time of sentencing.  For these reasons, the Court will deny Defendant's request.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Ex Parte Motion for Subpoena (ECF No. 343) is **denied**.

      DATED this 16th day of September, 2016.

                                                    _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge