# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00091-KJD-GWF |
| vs. ) | **ORDER** |
| BARBARA JEAN DENNIS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Ex Parte Request for Payment on Subpoena (ECF No. 368), filed on October 18, 2016.

Defendant requests that the Court pay Bank of America for the costs she incurred as a result of Bank of America's compliance with Defendant's subpoena. However, in order for the Court to grant Defendant's request, Defendant must inform the Court if the balance remains unpaid or if Defendant paid it herself and is now requesting reimbursement. If the invoice remains unpaid and Defendant wishes that the Court pay Bank of America directly, Defendant must provide the Court with Bank of America's W-9 and the invoice (which, the Court notes, is attached to Defendant's request). However, if Defendant is requesting reimbursement, the Court requires a copy of Defendant's W-9, a copy of the invoice, and proof of payment. Therefore, the Court will deny Defendant's request without prejudice. She is advised that she may re-file her request that supplies the Court with the above information and documentation. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Ex Parte Request for Payment on Subpoena (ECF No. 368) is **denied without prejudice**.

DATED this 31st day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge