IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:10-cr-91-KJD-GWF |
| Plaintiff, ) | |
| ) | **ORDER TEMPORARILY UNSEALING** |
| vs. ) | **TRANSCRIPT** |
| BARBARA JEAN DENNIS, ) | |
| Defendant. ) | |
| _____ ) | |

On December 19, 2016, Katherine Eismann, Official Court Reporter, received a Transcript Order from Mark D. Eibert, counsel for defendant, requesting a transcript of the sealed hearings 7/14/15, 9/4/15, 9/11/15, 1/6/16 and 2/4/16 in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Mark D. Eibert.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 29th day of Dec 2016.

_____
KENT J. DAWSON
U.S. District Court Judge