# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )
      Plaintiff,                    )   Case No. 2:10-cr-00091-KJD-GWF
                                     )
vs.                                  )   **ORDER**
                                     )
BARBARA JEAN DENNIS,                 )
                                     )
      Defendant.                    )
_____)

      This matter is before the Court on Defendant's Motion for Payment of Bank of America's Subpoena Work (ECF No. 371), filed on November 10, 2016.

      On February 2, 2017, the Court entered an order denying Plaintiff's motion on the grounds that the Court had still not received the necessary documents from Bank of America. *See* ECF No. 393. However, on February 14, 2017, the Court received Bank of America's W-9 and the underlying invoice. The Court therefore withdraws its prior order denying Defendant's motion and will grant Defendant's request. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion for Payment of Bank of America's Subpoena Work (ECF No. 371) is **granted**.

      **IT IS FURTHER ORDERED** that the CJA administrator is directed to pay Bank of America's invoice for the work it performed responding to the Court approved subpoena.

      DATED this 15th day of February, 2017.

                                                   _____
                                                   GEORGE FOLEY, JR.
                                                   United States Magistrate Judge