UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　vs.<br><br>BARBARA DENNIS,<br><br>　　　　Defendant-Appellant. | ) Case No.: 2:10-CR-00091-KJD-GWF-1<br>)<br>)<br>) ORDER TO UNSEAL  TRANSCRIPTS<br>) FOR USE IN PENDING APPEAL<br>)<br>)<br>)<br>)<br>) |

# **ORDER**

　Good cause appearing therefore, it is hereby ORDERED as follows:

　1. The transcript of the hearings on 7/14/15, 9/4/15, 9/11/15, 1/6/16 and 2/4/16, referenced in the Order at Docket # 375 of the above case, shall be unsealed for the use of the defendant and her appellate counsel.  It shall be used <u>only</u> for the purpose of the preparation and prosecution of Ms. Dennis' appeal.

　2. Should appellant's counsel deem the transcript and/or motion relevant to any issue in the appeal, and pursuant to the client's agreement to waive the attorney-client privilege, he shall file it under seal with the Ninth Circuit and serve it on opposing counsel.

　3.  Dissemination of the transcript shall be limited to counsel for both parties in the appeal and appellant and solely for the purposes of prosecuting or defending the appeal.  Further dissemination to anyone else for any other purpose is prohibited.

　　IT IS SO ORDERED.

[PROPOSED] ORDER TO UNSEAL TRANSCRIPT & MOTION, <u>U.S. v. DENNIS</u>, Case No. 2:10-CR-00091-KJD-GWF-1

Dated: February 21st, 2017

_____
HON. KENT J. DAWSON
United States District Judge