UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　vs.<br><br>BARBARA DENNIS,<br><br>　　　　Defendant-Appellant. | Case No.: 2:10-CR-00091-KJD-GWF-1<br><br>ORDER TO UNSEAL AND PROVIDE DOCUMENTS TO DEFENDANT AND HER APPELLATE COUNSEL FOR USE IN PENDING APPEAL |

## **ORDER**

Good cause appearing therefore, it is hereby ORDERED as follows:

1. The documents described in the Unopposed Motion to Unseal Documents for Use in Pending Appeal shall be unsealed for the use of the defendant and her appellate counsel. It shall be used <u>only</u> for the purpose of the preparation and prosecution of Ms. Dennis' appeal.

2. Should appellant's counsel deem any such document relevant to any issue in the appeal, and pursuant to the client's agreement to waive the attorney-client privilege, he shall file it under seal with the Ninth Circuit if and to the extent permitted by that court's rules and serve it on opposing counsel.

3. Dissemination of the documents shall be limited to counsel for both parties in the appeal and appellant and solely for the purposes of prosecuting or defending the appeal. Further dissemination to anyone else for any other purpose is prohibited.

4. The Clerk's Office shall transmit the requested documents to Mark Eibert, Counsel for Defendant/Appellant Barbara Dennis, P.O. Box 1126, Half Moon Bay, California 94019-1126, Fax (650) 712-8377.

IT IS SO ORDERED.

Dated: May 5, 2017

_____
HON. KENT J. DAWSON
United States District Judge

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that his business mailing address is P. O. Box 1126, Half Moon Bay, CA 94019, that he is not a party to this action, that he is a citizen of the United States of such age and discretion to be competent to serve papers, and that on the below date he caused a true and accurate copy of

[PROPOSED] ORDER TO UNSEAL AND PROVIDE DOCUMENTS TO DEFENDANT/APPELLANT AND HER APPELLATE COUNSEL FOR USE IN PENDING APPEAL

To be served via ECF on the United States District Court, which will e-serve

Kathryn C. Newman, Esq.              Attorney for Plaintiff in the District Court
Assistant U.S. Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

Elizabeth Olson. White, Esq.         Attorney for Plaintiff in the Ninth Circuit
Assistant U.S. Attorney
Chief, Appellate Division
United States Attorney's Office
District of Nevada
100 West Liberty, Suite 600
Reno, Nevada  89501

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on May 2, 2017 at Half Moon Bay, California.

*/s/ Mark D. Eibert*

-------------------------------------------

Mark D. Eibert
Attorney for Defendant/Appellant