Mark D. Eibert
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone (650) 638-2380
Facsimile (650) 712-8377

Attorney for Defendant/Appellant Barbara Dennis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00091-KJD-GWF |
| Plaintiff-Appellee, | |
| vs. | (1) [UNOPPOSED] MOTION TO PROVIDE SEALED DOCUMENTS FOR USE IN PENDING APPEAL; AND |
| BARBARA JEAN DENNIS, | |
| Defendant-Appellant. | (2) DECLARATION OF MARK D. EIBERT IN SUPPORT THEREOF |

I, Mark D. Eibert, declare as follows:

1. I am an attorney at law duly admitted to the Bar of this Court, and I am the appointed appellate attorney of record for defendant-appellant Barbara Dennis in Ninth Circuit Appeal No. 16-10437. If called as a witness, I could and would testify to the facts recited in this Declaration from personal knowledge.

2. Ms. Dennis was orally sentenced to time served for bankruptcy fraud on September 20, 2016; the Judgment was signed on September 30 and entered on the docket on October 4, 2016 (Docket No. 358). Ms. Dennis represented herself pro se during much of the district court proceedings. Because she was in custody during much of that time, she does not have file-stamped copies, and in some cases she has no copies at all, of various documents, including those that were filed under seal and remain under seal, and those that were stricken for various reasons.

3. On May 3, 2017, undersigned counsel filed an unopposed motion to unseal and provide certain documents to the defense for use in direct appeal. Docket # 398. The

government filed a notice of non-objection with a small suggestion for a wording change to the proposed Order.  Docket # 400.  On May 5, 2017, the Court granted the motion.  Docket # 402.

4. Ms. Dennis has pointed out to undersigned counsel that one set of exhibits were filed under seal that were inadvertently not requested in the May 3 motion.  Those exhibits were filed under seal along with a motion by Ms. Dennis acting *pro se* on November 30, 2015 (Docket # 149).  A motion to file those documents under seal was separately filed by Ms. Dennis at Docket # 157.  The Court granted the motion to file under seal at Docket # 176, and indicated that it had considered the sealed exhibits in issuing its ruling on the underlying motion, at Docket # 176.

5. Like the previously requested documents, undersigned counsel needs to review these exhibits to determine their relevancy to this appeal and, if they prove to be relevant, to file with the Ninth Circuit, which requires file-stamped copies of documents for the Excerpts of Record:

6. Filed herewith is a proposed Order allowing the above sealed documents to be provided to appellant's counsel for the use of appellate counsel and appellant only, for the sole purpose of preparing her appeal.  The proposed Order further specifies that if counsel deems any of the requested documents relevant to an issue in this appeal, and pursuant to the client's agreement to waive the attorney-client privilege, it shall be filed under seal with the Ninth Circuit if and to the extent permitted by that court's rules, and served on opposing counsel.  The Proposed Order specifies that the documents shall be limited to counsel for both parties and the appellant and to this purpose, and prohibits dissemination to anyone else for any other purpose.

7. Accordingly, I hereby respectfully request that this Court enter the attached proposed Order as described above.

6. Assistant U. S. Attorney Elizabeth O. White has graciously indicated that she does not oppose this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed at Half Moon Bay, California on May 22, 2017.

/ / /

/ / /

Respectfully submitted,

*/s/ Mark D. Eibert*

Mark D. Eibert
Attorney for Defendant-Appellant Barbara Dennis

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that his business mailing address is P. O. Box 1126, Half Moon Bay, CA 94019, that he is not a party to this action, that he is a citizen of the United States of such age and discretion to be competent to serve papers, and that on the below date he caused a true and accurate copy of

[PROPOSED] ORDER TO UNSEAL AND PROVIDE DOCUMENTS TO DEFENDANT/APPELLANT AND HER APPELLATE COUNSEL FOR USE IN PENDING APPEAL

To be served via ECF on the United States District Court, which will e-serve

| | |
|---|---|
| Kathryn C. Newman, Esq.<br>Assistant U.S. Attorney<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, NV 89101 | Attorney for Plaintiff in the District Court |
| Elizabeth Olson. White, Esq.<br>Assistant U.S. Attorney<br>Chief, Appellate Division<br>United States Attorney's Office<br>District of Nevada<br>100 West Liberty, Suite 600<br>Reno, Nevada  89501 | Attorney for Plaintiff in the Ninth Circuit |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on May 22, 2017 at Half Moon Bay, California.

*/s/ Mark D. Eibert*

-------------------------------------------

Mark D. Eibert
Attorney for Defendant/Appellant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-CR-00091-KJD-GWF-1 |
| Plaintiff-Appellee, | ) ) | |
| vs. | ) ) | [PROPOSED] ORDER TO PROVIDE SEALED DOCUMENTS TO DEFENDANT AND HER APPELLATE COUNSEL FOR |
| BARBARA DENNIS, | ) ) | USE IN PENDING APPEAL |
| Defendant-Appellant. | ) ) ) | |

**<u>ORDER</u>**

Good cause appearing therefore, it is hereby ORDERED as follows:

1. The documents described in the Unopposed Motion to Provide Sealed Documents for Use in Pending Appeal shall be provided to defendant's counsel for the use of the defendant and her appellate counsel, but shall otherwise remain under seal. They shall be used <u>only</u> for the purpose of the preparation and prosecution of Ms. Dennis' appeal.

2. Should appellant's counsel deem any such document relevant to any issue in the appeal, and pursuant to the client's agreement to waive the attorney-client privilege, he shall file it under seal with the Ninth Circuit if and to the extent permitted by that court's rules and serve it on opposing counsel.

3. Dissemination of the documents shall be limited to counsel for both parties in the appeal and appellant and solely for the purposes of prosecuting or defending the appeal. Further dissemination to anyone else for any other purpose is prohibited.

4. The Clerk's Office shall transmit the requested documents to Mark Eibert, Counsel for Defendant/Appellant Barbara Dennis, P.O. Box 1126, Half Moon Bay, California 94019-1126, Fax (650) 712-8377.

IT IS SO ORDERED.

Dated: June 26, 2017

_____
HON. KENT J. DAWSON
United States District Judge

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that his business mailing address is P. O. Box 1126, Half Moon Bay, CA 94019, that he is not a party to this action, that he is a citizen of the United States of such age and discretion to be competent to serve papers, and that on the below date he caused a true and accurate copy of

[PROPOSED] ORDER TO PROVIDE SEALED DOCUMENTS TO DEFENDANT/APPELLANT AND HER APPELLATE COUNSEL FOR USE IN PENDING APPEAL

To be served via ECF on the United States District Court, which will e-serve

| | |
|---|---|
| Kathryn C. Newman, Esq.<br>Assistant U.S. Attorney<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, NV 89101 | Attorney for Plaintiff in the District Court |
| Elizabeth Olson. White, Esq.<br>Assistant U.S. Attorney<br>Chief, Appellate Division<br>United States Attorney's Office<br>District of Nevada<br>100 West Liberty, Suite 600<br>Reno, Nevada  89501 | Attorney for Plaintiff in the Ninth Circuit |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on May 22, 2017 at Half Moon Bay, California.

*/s/ Mark D. Eibert*

-------------------------------------------

Mark D. Eibert
Attorney for Defendant/Appellant

[PROPOSED] ORDER TO UNSEAL, <u>U.S. v. DENNIS</u>, Case No. 2:10-CR-00091-KJD-GWF-1

3