# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Appellee, ) <br> ) <br> vs ) <br> ) <br> BARBARA JEAN DENNIS, ) <br> ) <br> Defendant-Appellant. ) <br> ) | 2:10-cr-00091-KJD-GWF <br><br><br><br> **ORDER** |

On April 16, 2018, the United States Court of Appeals for the Ninth Circuit entered a formal mandate vacating the restitution order and remanding the case to the district court to strike it from the judgment (doc. 407).

THE COURT FURTHER ORDERED the district court to reconsider the $10,000 fine imposed (doc. 407).

IT IS HEREBY ORDERED that **MARK D. EIBERT, ESQ**, is appointed as counsel for BARBARA JEAN DENNIS for the limited purpose of remand on appeal.

DATED this 10 day of May, 2018.
Nunc Pro Tunc Date: April 16, 2018

_____
HON. KENT J. DAWSON
UNITED STATES DISTRICT JUDGE