UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-00091-KJD-GWF |
| Plaintiff-Appellee, | ) | |
| | ) | ORDER |
| vs. | ) | |
| BARBARA JEAN DENNIS, | ) | |
| Defendant-Appellant. | ) | |

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

Defendant shall have until August 10, 2018 to file a response to the government's opening brief regarding a fine (E.C.F. No. 412). The government's reply shall be due by August 24. The hearing on this matter is set for September 18 at 9:00 a.m. in courtroom 4A, or at such other time as the Court may direct.

IT IS SO ORDERED.

Dated: 7/19/2018

HON. KENT J. DAWSON
UNITED STATES DISTRICT JUDGE